NICOLETTA BIANCARDI, PETITIONER-APPELLANT, v. WALDWICK BOARD OF EDUCATION, RESPONDENT-RESPONDENT.

Argued March 7, 1977—Decided April 6, 1977.

*Mr. Theodore M. Simon* argued the cause for appellant (*Messrs. Goldberg, Simon & Selikoff,* attorneys).

*Mr. Steven M. Honig* argued the cause for respondent (*Messrs. Honig & Honig,* attorneys).

PER CURIAM. The judgment is affirmed substantially for the reasons expressed in the opinion of the Appellate Division.

*For affirmance*—Chief Justice HUGHES, Justices MOUNTAIN, SULLIVAN, PASHMAN, CLIFFORD and SCHREIBER and Judge CONFORD—7.

*For reversal*—None.